ACCEPTED
01-14-01011-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/3/2015 1:04:39 PM
CHRISTOPHER PRINI
CLERK

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the three (3) instruments stated below have

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/3/2015 1:04:39 PM
CHRISTOPHER A. PRINE
Clerk

been served on the Defendants by and through their Attorney of Record, Ted Troy

Tindall, Attorney at Law, Attorney at Law, 1212 Merriewood Drive, Friendswood, Texas

77546, Office: (832) 691-1519, via e-mail: troy@tindallawfirm.com; and via electronic

filing to M. Karinne McCullough, Clerk of the Court of Appeals – First District, 301

Fannin Street, Houston, Texas 77002-2066, in accordance with Rule 25.1(e) of the Rules

of Appellate Procedure, , on this the 3rd day of February, 2015, in accordance with

T.R.C.P. Rule 21(a).

1. Notification to Mediator;
2. Appointment and Fee Report-Mediation; and
3. Parties' Notification to Court of Mediator.

Sincerely,

Wayman L. Prince, Attorney at Law
**LAW OFFICES OF ATTORNEY WAYMAN L. PRINCE**
Member of Texas and Iowa Bars
9111 Katy Freeway – Suite 301
Houston, Texas 77024
(713) 467-1659
(713) 467-1686 (Facsimile)
**T.B.A. #16329350**

**ATTORNEY FOR APPELLANT**

2